## James Pearson v. John Creslin.

*Dissolution of Attachment: Petition: Citation.* Unless a party follows up his petition in attachment by a proper citation, the entire proceeding will be void.

*Heard and Decided January 7th.*

Certiorari to Sibley G. Taylor, Circuit Court Commissioner for Washtenaw County.

Application was made to the commissioner to dissolve an attachment, on the ground that an irregular citation had been issued by him. It was admitted that the citation was defective, but defendant asked the court to quash none of the proceedings anterior to the order of dissolution, and to allow the petition filed with the commissioner, to continue in force.

*Norris & Uhl,* for the motion,

Insisted that the citation issued by the Commissioner being wholly insufficient, that the entire proceeding became inoperative.

*C. Joslin, contra.*

The court held that the proceedings before the commissioner being a unit, the order to quash must affect the entire case, and that unless a party follows up his petition with a citation, his proceeding will be considered as having been abandoned by him.

Ordered, that the proceedings be quashed as irregular and without jurisdiction, with costs to the plaintiff in error.